# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0661
Lower Tribunal No. F13-18474
_____

**Derek Vernon Medina,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariel Rodriguez, Judge.

Derek Vernon Medina, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.